JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jon Carpenter,<br><br>    Plaintiff,<br><br>v.<br><br>Evora A. Gathright, in individual and representative capacity as trustee of the Gathright Trust; Golden Bird, LLC, a California Limited Liability Company; and Does 1-10,<br>    Defendants. | Case: 2:13-CV-08945-CAS-AS<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

## ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: May 16, 2014      _/s/ Christina A. Snyder_
                                       HONORABLE CHRISTINA A. SNYDER
                                       UNITED STATES DISTRICT COURT JUDGE